FILED
2021 JUN 21 01:47 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 21-2-08164-5 KNT

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**
**IN AND FOR THE COUNTY OF KING**

| | |
|---|---|
| BRANDON HARRIS,<br><br>Plaintiff,<br><br>vs.<br><br>JFC INTERNATIONAL, INC., a foreign corporation; and JOHN DOE 1 and JANE DOE 1, husband and wife, and the marital community composed thereof,<br><br>Defendants. | NO. ____________<br><br>**COMPLAINT FOR DAMAGES AND NEGLIGENCE** |

**COMES NOW THE** plaintiff by and through his attorney of record, PAUL E. RIETZKE of LAW OFFICES OF ANNA R. TSEYTLIN, PLLC, and alleges as follows:

## I. PARTIES

1.1 Plaintiff is a resident of Newport News, State of Virginia.

1.2 At all times material hereto, defendant JFC INTERNATIONAL, INC. (hereafter "JFC") was a foreign company doing business in the State of Washington, more particularly in King County, assigned UBI number 600 453 478, with its registered agent listed

EXHIBIT 1



LAW OFFICES OF ANNA R. TSEYTLIN, PLLC
ATTORNEYS AT LAW
6720 Fort Dent Way, Suite 150
Tukwila, 524-4600
(206) 492-7943 (Fax)

with the Washington Secretary of State as Ritsu Kawamura, 5015 East 8th Street, Suite B, Tacoma, Washington, 99424.

1.3 At all times material hereto, defendants JOHN DOE 1 and JANE DOE 1 were husband and wife, forming a marital community under the laws of the State of Washington, and at all times material hereto were residents of Washington State. All acts complained of herein were performed on behalf of said marital community.

## II. JURISDICTION AND VENUE

2.1 Jurisdiction. This case claims damages arising out of a personal injury incident and jurisdiction is appropriate in the Superior Court as the Court of general jurisdiction. Jurisdiction is proper pursuant to RCW 2.08.010.

2.2 Venue. The event complained of occurred in King County, Washington. Venue is therefore proper pursuant to RCW 4.12.020(3) (Action shall be tried in the county where the cause of action arose, or the county in which the defendant resides) and RCW 4.12.025(1)(a) (Residence of a corporation shall be deemed to be in any county where the corporation transacts business).

## III. FACTUAL BASIS FOR CLAIMS

3.1 On or about October 31, 2018, plaintiff Brandon Harris was performing work as an employee/contractee of SmartTalent, working at the location of defendant JFC, at or near 8005 South 266th Street, #104, Kent, King County, Washington.

3.2 Plaintiff was a business invitee of defendant JFC.

3.3 At all times material hereto, defendant John Doe 1 was an employee or agent of defendant JFC.



LAW OFFICES OF ANNA R. TSEYTLIN, PLLC
ATTORNEYS AT LAW
6720 Fort Dent Way, Suite 150
Tukwila, 524-4600
(206) 492-7943 (Fax)

3.4 At all times material hereto, defendant John Doe 1 was working within the course and scope of his employment with defendant JFC.

3.5 Defendant John Doe 1 was operating a motorized pallet jack or similar motorized mechanical device (hereafter referred to as "pallet jack,") working at the same time and place as plaintiff.

3.6 Defendant John Doe 1 failed to properly control the pallet jack and negligently caused the pallet jack to strike plaintiff, pinning him against a wall, causing personal injuries to plaintiff, including crushing injuries to his lower extremities.

3.7 Defendant JFC is responsible under *respondeat superior* for the actions of its employees and agents.

3.8 Defendant JFC had exclusive ownership and control over the purchase, inspection, and maintenance of the pallet jack.

## IV. NEGLIGENCE

4.1 Defendant JFC was negligent in the following manner:

a. Failure to properly train and supervise employees/agents;

b. Failure to properly maintain its pallet jacks;

c. Failure to maintain a safe working environment.

4.2 Defendant John Doe was negligent in the follow manner:

a. Failure to properly control the pallet jack;

b Failure to ensure his work could be performed safely;

b. Failure to properly warn or notify nearby personnel of the immediate danger caused by his operation of the pallet jack.

//



LAW OFFICES OF ANNA R. TSEYTLIN, PLLC
ATTORNEYS AT LAW
6720 Fort Dent Way, Suite 150
Tukwila, 524-4600
(206) 492-7943 (Fax)

## V. DAMAGES

5.1 As a direct and proximate result of the incident on or about October 31, 2018, plaintiff Brandon Harris suffered significant bodily injuries; that although medical attention and supportive remedies have been resorted to, said injuries together with pain, discomfort, and limitation of movement prevail and will continue to prevail for an indefinite time into the future.

5.2 As a result of the incident described herein, plaintiff Brandon Harris incurred special damages including but not limited to past and future medical expenses, income loss, and other out of pocket expenses in amounts unknown but that will be proven at time of trial.

5.3 As a result of the incident described herein, plaintiff Brandon Harris incurred substantial general damages including but not limited to past and future pain and suffering, emotional distress, mental anguish, inconvenience, and other general damages which he will continue to incur in the future.

5.4 Each of these damages was proximately caused by the negligence of the defendants JFC and John Doe 1. The value and amount of each of these damages will be proven at trial.

**WHEREFORE, PLAINTIFF PRAYS** that judgment be entered against the defendants and each of them, jointly and severally, and against their marital community, as follows:

1. For general damages in an amount to be proven at trial;

2. For medical expenses reasonably incurred to date, and to be incurred in the future, in an amount to be proven at trial;

3. For lost income;



LAW OFFICES OF ANNA R. TSEYTLIN, PLLC
ATTORNEYS AT LAW
6720 Fort Dent Way, Suite 150
Tukwila, 524-4600
(206) 492-7943 (Fax)

4. For loss of capacity and ability to enjoy life, in an amount to be proven at trial;

5 For such other and further relief as the Court may deem just and equitable.

**DATED** this 18th day of June, 2021.

**LAW OFFICES OF ANNA R. TSEYTLIN, PLLC**

By *\/s/ Paul E. Rietzke*
PAUL E. RIETZKE, WSBA #42807
Attorney for Plaintiff



LAW OFFICES OF ANNA R. TSEYTLIN, PLLC
ATTORNEYS AT LAW
6720 Fort Dent Way, Suite 150
Tukwila, 524-4600
(206) 492-7943 (Fax)